UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN DiIORIO, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 11-5288 |
| SANCASSIANO, S.P.A., | : |
| Defendant. | : |

### O R D E R

**AND NOW**, this 17th day of October, 2012, upon consideration of the Motion for Default Judgment (Doc. No. 5) filed by Plaintiff, Dan DiIorio, and Defendant, SanCassiano, S.P.A.'s, Response in Opposition, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE